### KIRKS v. STATE. (No. 10791.)

(Court of Criminal Appeals of Texas.
Feb. 23, 1927.)

**Criminal law ⟐1182—In absence of bills of exceptions and statement of facts, indictment being proper, conviction for transporting intoxicating liquor must be affirmed.**

Where the indictment properly charges the unlawful transportation of intoxicating liquor, and no statement of facts or bills of exceptions are found in the record, the judgment must be affirmed.

Appeal from District Court, Potter County; Henry S. Bishop, Judge.

John Kirks and another were convicted of unlawfully transporting intoxicating liquor, and named defendant appeals. Affirmed.

Umphres, Mood & Clayton, of Amarillo, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Upon a joint indictment charging in the second count that appellant and one Robert Foster unlawfully transported intoxicating liquor. Both were convicted, and the punishment against each assessed at one year in the penitentiary. Kirks alone appeals.

No statement of facts or bills of exceptions are found in the record. The indictment properly charges the offense. In this condition of the record nothing is presented for review, and the judgment must be affirmed, and it is so ordered.